IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                                                        PLAINTIFF

v.                                    No. 4:25-cv-570-DPM

WALMART SPARK and DELIVERY
DRIVERS, INC.                                                                      DEFENDANTS

## JUDGMENT

Akins's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2025