IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                                                PLAINTIFF

v.                                    No. 4:25-cv-570-DPM

WALMART SPARK and DELIVERY
DRIVERS, INC.                                                                DEFENDANTS

## ORDER

Akins's *pro se* § 1983 complaint was dismissed for failure to state a claim upon which relief could be granted. *Doc. 4.* After dismissal, she filed an amended complaint, abandoning her § 1983 claims and bringing allegations under the Fair Credit Reporting Act, 15 U.S.C. § 1681. If Akins wants to bring these new claims, she must move to set aside the Court's Judgment or file a new lawsuit. Fed. R. Civ. P. 15; 6 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1489 (3d ed. 2025). The Court therefore directs the Clerk to strike the amended complaint, *Doc. 6*, from the record. Motion for service, *Doc. 7*, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 August 2025